John J. Burke, ISB #4619
Craig R. Yabui, ISB #7706
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
jjb@elamburke.com
cry@elamburke.com

Attorneys for Defendants Corizon, Inc., Karen Barrett, P.A.,
   April Dawson, M.D. and Cassie Richins, LPN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM A. BOWN,<br><br>                    Plaintiff<br>vs.<br><br>BRENT D. REINKE; RONA SIEGERT; RANDY E. BLADES; JIMMIE H. CROSBY; DANIEL METTIE; BECKY A. BLAKE; RONALD D. PIXLER; TIMOTHY J. RICHARDSON; CORIZON, INC., fka CORRECTIONAL MEDICAL SERVICES, INC., a Missouri corporation; KAREN B. BARRETT, PA; APRIL DAWSON, MD; CASSIE RICHINS, LPN; and JOHN and JANE DOES 1-10,<br><br>                    Defendants | Case No. 1:12-cv-00262 BLW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CORIZON, INC., fka CORRECTIONAL MEDICAL SERVICES INC., KAREN BARRETT, P.A. AND CASSIE RICHINS |

**COME NOW** the Plaintiff and Defendants Corizon, Inc. f/k/a Correctional Medical Services, Inc., Karen Barrett, P.A. and Cassie Richins, by and through their undersigned counsel, pursuant to Rule 41(a) of the Idaho Rules of Civil Procedure, stipulate and agree to the voluntary dismissal of Defendants Corizon, Inc. f/k/a Correctional Medical Services, Inc., Karen Barrett, P.A. and Cassie Richins from the above-captioned matter with prejudice and with all parties bearing their own costs and attorney fees.

DATED this 21st day of May, 2014.

FABIAN & CLENDENIN

By: _____
Douglas B. Cannon
Ashton J. Hyde
*Attorneys for Plaintiff William Bown*

DATED this 30 day of July, 2014.

ELAM & BURKE, P.A.

By: _____
John J. Burke
Craig R. Yabui
*Attorneys for Defendants Corizon, Inc., Karen Barrett, P.A., April Dawson, M.D. and Cassie Richins, LPN*

STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CORIZON, INC., fka CORRECTIONAL MEDICAL SERVICES INC., KAREN BARRETT, P.A. AND CASSIE RICHINS - 2

## CERTIFICATE OF SERVICE

I hereby certify that that on the 30 day of ~~May~~ July, 2014, I caused the foregoing document to be electronically filed with the United States District Court for the District of Idaho, Southern Division, which caused notice to automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Douglas B. Cannon | dcannon@fabianlaw.com |
| Ashton J. Hyde | ahyde@fabianlaw.com |
| Phillip J. Collaer | pcollaer@ajhlaw.com |

_____
John J. Burke
Craig R. Yabui

4826-9002-0891, v. 1

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CORIZON, INC., fka CORRECTIONAL MEDICAL SERVICES INC., KAREN BARRETT, P.A. AND CASSIE RICHINS - 3**